No. ——, Original. *Ex parte:* In the Matter of J. A. Tracy, Petitioner. Submitted March 31, 1919. Decided April 14, 1919. Motion for leave to file petition for a writ of *habeas corpus* denied. *Mr. C. M. Oneill* for petitioner. See *ante,* 551.

---

No. 22, Original. State of Tennessee *v.* State of Arkansas et al. Argued on motion to dismiss April 14, 1919. Decided April 21, 1919. *Per Curiam.* Bill dismissed with costs for want of equity, on the authority of *Jackson* v. *United States,* 230 U. S. 1; *Hughes* v. *United States,* 230 U. S. 24, and *Cubbins* v. *Mississippi River Commission,* 241 U. S. 351. *Mr. Barnette E. Moses* and *Mr. Frank M. Thompson* for plaintiff. *Mr. W. J. Lamb* and *Mr. Skipwith Adams* for defendants.

---

No. 26, Original. *Ex parte:* In the Matter of Robert H. Thorburn, Petitioner. Submitted April 14, 1919. Decided April 21, 1919. Petition for mandamus. Rule to show cause discharged and petition dismissed. Leave to file supplementary petition denied. *Mr. Robert H. Thorburn, pro se. Mr. Augustine L. Humes* and *Mr. William R. Begg* for respondent.